■ IMPALA ELECTRONICS, INC., Appellant, v. RIKER VIDEO INDUSTRIES, INC., Respondent, et al., Defendants.— Order of the Supreme Court, Nassau County, dated June 6, 1969, modified, on the law and the facts, by striking out so much thereof as, on respondent's motion for a protective order, disallowed item 2 of plaintiff's notice to examine respondent before trial, and by substituting therefor a provision denying the motion as to said item. As so modified, order affirmed insofar as appealed from, without costs. In our opinion, item 2 is material and necessary in the prosecution or defense of the action. We agree

with the Special Term's determination in all other respects. Beldock, P. J., Christ, Brennan, Rabin and Kleinfeld, JJ., concur.